DUPLICATE

ORIGINAL

DEC 29 1998

DEC 29 1998

CLERK, U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY                    Deputy Clerk

1  RICHARD M. PACHULSKI, ESQ., (State Bar #90073)
   DEBRA GRASSGREEN, ESQ., (State Bar #169978)
2  RACHELLE S. VISCONTE, ESQ., (State Bar #182158)
   PACHULSKI, STANG, ZIEHL & YOUNG P.C.
3  10100 Santa Monica Boulevard, Suite 1100
   Los Angeles, California 90067
4  Telephone:  (310) 277-6910
   Facsimile:  (310) 201-0760
5
   Attorneys for Reorganized Debtor,
6  Sizzler International, Inc.
7
8              UNITED STATES BANKRUPTCY COURT
9              CENTRAL DISTRICT OF CALIFORNIA
               SAN FERNANDO VALLEY DIVISION
10

| | | |
|---|---|---|
| 11 | In re: ) | Case No. SV 96-16075 AG |
| 12 | SIZZLER RESTAURANTS ) | (Jointly administered with: |
| | INTERNATIONAL, INC., ) | Case Nos: SV 96 -16076 AG |
| 13 | SIZZLER INTERNATIONAL, INC., ) | SV 96 -16077 AG |
| | COLLINS PROPERTIES, INC., ) | SV 96 -16078 AG |
| 14 | TENLY ENTERPRISES, INC., and ) | SV 96 -16079 AG) |
| | BUFFALO RANCH STEAKHOUSES, ) | |
| 15 | INC., ) | Chapter 11 cases |
| 16 | ) | **ORDER GRANTING MOTION OF** |
| | Debtors. ) | **REORGANIZED DEBTOR, SIZZLER** |
| 17 | _____ ) | **INTERNATIONAL, INC., FOR** |
| | ) | **FINAL DECREE AND TO CLOSE** |
| 18 | ___ Affects all Debtors ) | **CHAPTER 11 CASE** |
| | ___ Affects SRI ) | |
| 19 | _XX_ Affects SII ) | **[No Hearing Required -** |
| | ___ Affects CPI ) | **Local Rule 3020-1(4)]** |
| 20 | ___ Affects Tenly ) | |
| | ___ Affects Buffalo Ranch ) | Courtroom 302 |
| 21 | ) | 21041 Burbank Blvd. |
| | _____ ) | Woodland Hills, CA |
| 22 | | |

23      This Court has considered the motion filed by Sizzler

24  International, Inc. ("SII"), the reorganized debtor (the

25  "Reorganized Debtor"), for an order of this Court granting a final

26  decree and closing SII's bankruptcy case pursuant to (1) the terms

27  of the Reorganized Debtor's confirmed plan of reorganization, which

28  was confirmed by this Court on June 2, 1997, pursuant to an order

DEC 2 9 1998

1 | entered on August 14, 1997 (the "Plan"); (2) 11 U.S.C. § 350(a);

2 | (3) Federal Rule of Bankruptcy Procedure 3022; and (4) Local

3 | Bankruptcy Rule 3020-1(4) (the "Motion").

4 |     In ruling on the Motion, the Court considered the Motion filed

5 | by SII, the proofs of service submitted in connection with the

6 | Motion and the lack of opposition to the Motion.  Good cause

7 | appearing therefore,

8 |     **IT IS HEREBY ORDERED** that the Motion is granted in its

9 | entirety;

10 |     **IT IS FURTHER ORDERED** that pursuant to Bankruptcy Code section

11 | 350(a) and Federal Rule of Bankruptcy Procedure 3022, this order

12 | shall constitute a final decree, closing the chapter 11 case

13 | commenced by Sizzler International, Inc. on June 2, 1996, assigned

14 | case number SV 96-16076 AG; and

15 |     **IT IS FURTHER ORDERED** that this Court retains jurisdiction to

16 | adjudicate any matters regarding the three (3) remaining disputed

17 | claims in the SII case, which are: (1) claim 2858 asserted by

18 | Ignacio Berrio in the amount of $25,000.00; (2) claim 1093 asserted

19 | by Jacynth Isaacs in an undetermined amount have been resolved; and

20 | (3) claim 3776 asserted by Kentucky Fried Chicken of Southern

21 | California, Inc.

22 | Dated:   DEC 2 9 1998        **ARTHUR M. GREENWALD**

                     HONORABLE ARTHUR M. GREENWALD

23 |                      United States Bankruptcy Judge

24 | Submitted by:

25 | PACHULSKI, STANG, ZIEHL & YOUNG P.C.

26 | By: _____

27 |     Debra Grassgreen

    Rachelle S. Visconte

28 |     Attorneys for Reorganized Debtor,

    Sizzler International, Inc.

F:\WP\79092\RSV\PLDG\190775.1        2

PROOF OF SERVICE

STATE OF CALIFORNIA          )
                             )
COUNTY OF LOS ANGELES        )

     I am employed in the county of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action; my business address is:  <u>10100 Santa Monica Boulevard, Suite 1100, Los Angeles, California  90067</u>.

     On <u>December 28, 1998</u>, I served the foregoing documents described as ***ORDER GRANTING MOTION OF  REORGANIZED DEBTOR, SIZZLER INTERNATIONAL, INC., FOR FINAL DECREE AND TO CLOSE CHAPTER 11 CASE*** on <u>interested parties</u> in this action by placing true copies thereof enclosed in sealed envelopes addressed as stated on the attached mailing list.

     _____      by placing ___ the original <u> X </u> a true copy thereof enclosed in sealed envelopes addressed as follows:

<u> XXX </u>      (BY MAIL) As follows:  I am "readily familiar" with the firm's practice of collection and processing of correspondence for mailing.  Under that practice, correspondence would be deposited with the U.S. postal service on the same day as the date of execution of this declaration, with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in this declaration.  Executed on <u>December 28, 1998</u>, at <u>Los Angeles</u>, California.

_____      (BY PERSONAL SERVICE) By delivering by hand to the offices of the addressee(s).
Executed on <u>December 28, 1998</u>, at <u>Los Angeles</u>, California.

_____      (BY TELECOPIER) By sending by telecopier to the addressee(s) as indicated on the attached list.
Executed on <u>December 28, 1998</u>, at <u>Los Angeles</u>, California.

_____      (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

<u> XXX </u>      (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.  I declare under penalty of perjury under the laws of the State of California and the United States of America that the above is true and correct.

_____
      James F. Bartlett

## SERVICE LIST

ADR claims ltd list,
Request for Special Notice

and

Berrio, Ignacio
Attn: Robert M. Neubauer, Esq.
401 South Detroit Street
Suite 210
Los Angeles, CA 90036

Isaacs, Jacynth
Attn: Mattes & Mattes
324 N. Washington Avenue
Scranton, PA 18503-1578

Kentucky Fried Chicken of So California
c/o Skadden, Arps et al.
Attn: Jeffrey Dasteel, Esq. and
        Sharon Cohen, Esq.
300 South Grand Avenue
Suite 3400
Los Angeles, CA 90071

Illinois, State of
Unclaimed Property Division
Department of Financial Institutions
500 Isles Park Place
Suite 510
Springfield, IL 62718

Attorney for State of Illinois
David J. Epstein, Esq.
Attorney at Law
1801 Century Park East
Suite 2400
Los Angeles, CA 90067-2326

David J. Epstein
Attorney at Law
3 Center Plaza
7th Floor
Boston, Massachusetts 02108

**Committee Counsel**
Bennett J. Murphy, Esq.
Latham & Watkins
633 W. Fifth Street
Suite 4000
Los Angeles, CA 90071

Office of the U.S. Trustee
Attn: Maryanne Wilsbacher
221 N. Figueroa Street
Los Angeles, CA 90012

Internal Revenue Service
Special Procedures/Bankruptcy
P.O. Box 1431
Los Angeles, CA 90053
Attn: Dennis Ciesiel

Sarah Moyed
Securities & Exchange Comm.
5670 Wilshire Blvd. 11th Fl.
Los Angeles, CA 90036

Michael A. Berman
Securities & Exchange Comm.
450 Fifth St., N.W. (Mail Stop 606)
Washington, DC 20549

Sizzler
SRI, CPI, Tenly, Buffalo
6101 W. Centinela Ave., Suite 200
Culver City, CA 90230
Attn: Michael Green

Sizzler
SRI, CPI, Tenly, Buffalo
6101 W. Centinela Ave., Suite 200
Culver City, CA 90230
Attn: Ryan Tondro

Scott McNutt, Esq.
Severson & Werson
1 Embarcadero Center
25th Floor
San Francisco, CA 94111

Robert L. Berger, Esq.
Robert L. Berger & Associates, Inc.
17525 Ventura Blvd. Ste. 200
Encino, CA 91316-3843

Counsel to Bank of New York
Alesia Kanney-Marinelli, Esq
Skadden Arps Slate et al.
919 Third Ave
New York NY 10022

~~Counsel to the Bank Group~~
~~Evan Jones, Esq~~
~~Suzzanne Uhland, Esq.~~
~~O'Melveny & Meyers~~
~~400 South Hope Street~~
~~Los Angeles CA 90071~~

NYSE
Sharon Carroll
NYSE
20 Broad St.
New York, NY 10005

~~Atty for Franchisee Committee~~
~~Robert L. Goers~~
~~Pamela S. Karpas~~
~~Goers & Goers~~
~~19800 MacArthur Blvd. #1100~~
~~Irvine, CA 92715~~

Counsel to Landlord Committee:
Scott C. Clarkson, Esq.
Clarkson & Gore
3424 Carson St., #350
Torrance, CA 90503

~~Atty for Equity Committee~~
~~Marcia Pane~~
~~Morrison & Foerster~~
~~555 W. Fifth ST., #3500~~
~~Los Angeles, CA 90013-1024~~

~~Real Estate Consultant~~
~~David Stark~~
~~Hunter Financial Group~~
~~1415 River Park Drive~~
~~Suite 3~~
~~Sacramento, CA 95815~~

Rick Kapko
Sizzler
SRI, CPI, Tenly, Buffalo
6101 W. Centinela Ave., Suite 200
Culver City, CA 90230

Debbie Reyes
Poorman-Douglas
10300 SW Allen Blvd.
Beaverton OR 97005

Geoffrey L. Berman
Development Specialists, Inc.
333 S. Grand Ave., #2010
Los Angeles, CA 90071

**Atty for PepsiCo**
Jeffrey Dasteel, Esq.
Sharon Cohen, Esq.
Skadden, Arps, Slate, Meagher & Flom
300 S. Grand Ave., #3400
Los Angeles, CA 90071

Peter Garrell, Esq.
Christensen, Miller, Fink,
   Jacobs, Glaser, Weil & Shapiro
2121 Avenue of the Stars
Suite 1800
Los Angeles, CA 90067

Herb Katz, Esq.
Nelson, Gullen, Bronson & Katz, LLP
2029 Century Park East, Suite 2700
Los Angeles, CA 90067

Richard L. Wynne, Esq.
Wynne Spiegel Itkin
1901 Avenue of the Stars
Suite 1600
Los Angeles, CA 90067-6080

Atty for Stockton West Lane Partners
Gregory L. Altounian
2019 N. Gateway Blvd.
Fresno, CA  93727

Attys for Tibshraeny
Thomas Axelsen
Mohr, Hackett, et al
2800 N. Central Ave., #1100
Phoenix, AZ  85004-1043

Attys for CNL Income Fund XII Ltd.
Matt Beal
Lowndes, Drosdick, Doster, Kantor
   & Reid
215 N. Eola Dr.
P.O. Box 2809
Orlando, FL  32802

Attys for Richards Enterprises
A. Laurel Bennett
3610 American River Dr., #112
Sacramento, CA  95864

~~Atty for Lacomareino
Steven N. Bovarnick
Hunter & Bovarnick
345 Grove St.
San Francisco, CA  94102~~

~~Attys for CNL Income Fund XII
J. Scott Bovitz
Bovitz & Spitzer
333 S. Grand Ave., #2000
Los Angeles, CA  90071-1524~~

~~Atty. for Hanford Holdings LLC
Peter G. Bronson
Nelson Mullen Bronson & Kate
2020 Century Park E., #3700
Los Angeles, CA  90067~~

Deborah Corey
Equitable Real Estate
Invest. Mgmt, Inc.
5775 Peachtree Dunwoody Rd., #200-D
Atlanta, GA  30342-1506

~~Douglas Family Trust
c/o Lawrence L. Douglas
9511 Bradshaw
Lenexa, KS  66215~~

~~Atty for Weathersfield Park Municipal
Group
Howard M. Ehrenberg
Sulmeyer, Kupetz, et al
300 S. Grand Ave., 14th Fl.
Los Angeles, CA 90071~~

~~Atty for C.A. Short
Peter J. Gorfein
Pauline NG Lee
Sonnenschein Nath & Rosenthal
601 S. Figueroa St., #1500
Los Angeles, CA  90017-5704~~

Atty for The Girard Family Trust
Joseph M. Girard
The Whale House
29829 Harvester Rd.
Malibu, CA 90265-3728

Atty for The Jacmar Companies, Pacific
Ventures, Ltd and Rest. of Micronesia
Alberta P. Stahl
Rosky, Landau & Stahl
8383 Wilshire Blvd., #514
Beverly Hills, CA 90211

Creditor
Steven Gorosh, Esq.
MFS Intelenet, Inc.
185 Berry St., Bldg. No. 1
Suite 5100
San Francisco, Ca 94107

~~Atty for College Park Squae
David A. Greer, Esq.
Hofheimer, Nusbaum, McPhaul & Samuels
999 Waterside Dr.
Dominion Tower, #1700
P.O. Box 3460
Norfolk, VA  23514-3460~~

~~Atty for Human Host, Inc.
Thomas N. Henshaw
Michaelson, Gus & Michaelson
Seven West Figueroa St.
Santa Barbara, Ca  93101~~

Atty for Margaret Holland
   Deputy Attorney General
Margaret A. Holland
Atty General of New Jersey
R.J. Hughes Justice Complex
CN 106
Trenton, NJ  08625

Atty for NL Properties, Inc.
Trainor - Robertson
Nancy Hotchkiss
701 University Ave., #200
Sacramento, Ca  95825-6708

~~Atty. for So. Cal. Gas Co.
Allan L. Jakovits
Dennal H. Gallazelle
Nossaman, Guthner, Knox, & Elliott
445 S. Figueroa St., 31st Floor
Los Angeles, CA 90071-1602~~

~~Denise L. Jackson
The Mills Corporation
1300 Wilson Blvd., #400
Arlington, VA  33209~~

Atty for Mano Mgmt Co., Inc.
Thomas N. Jacobson
Gresham, Varner, et al
600 N. Arrowhead Ave., #300
San Bernardino, CA  92401

Eric T. Johnson
301 N. Harison St., #206
Princeton, NJ  08540

~~Atty for Virginia Elec & Pwr, Long
Island Lang, Public Svc Elec & Gas,
Balt. Gas & Elec.
Russell R. Johnson III
The Glenridge Prof. Bldg.
8401 Patterson Ave., #203
Richmond, VA  23229~~

~~Atty for J.W. Thomason Trust
Herbert Katz
Nelson Mullen Bronson & Kate
2020 Century Park E., #3700
Los Angeles, CA  90067~~

Atty for Teachers Ins. & Annuity
Assoc.
Charles N. Kenworthy
David L. Osias
Allen, Matkins, Leck et al
1999 Ave. of the Stars, #1800
Los Angeles, CA 90067

~~Creditor
Ray L. Lacomareino
Alta California Real Estate
1777 Borel Place, #100
San Mateo, Ca  94402~~

~~Atty for Mehdi Lahijani & Rachel
Mausoobi
Marc A. Lieberman
Mayer, Glassman & Gaines
11726 San Vicente Blvd., #400
Los Angeles, CA  90049-5006~~

~~Atty for Geoe~~
~~Grupe Squaw Valley Co., Ltd.~~
~~c/o Randy C. Lockwood~~
~~Kocloff, Belcher, et al~~
~~3540 Shoreline Dr.~~
~~Stockton, CA  95269-2050~~

Hugh Hendricks
Los Angeles, CA 90067

N.L. Properties, Inc.
c/o United Property Services
1300 Ethan Way, #250
Sacramento, ca  95860

Atty for GTE Telephone
John Mitchell Nevins
GTE Telephone Operations
600 Hidden Ridge, HQE03H28
P.O. Box 152092
Irving, TX  75015-2092

Atty for Pacific Gas & Electric
Walter K. Oetzel
Thelen, Marrin, Johnson & Bridges
333 S. Grand Ave., 34th Fl
Los Angeles, CA 90071-1504

Atty for MFS Intelenet, Inc.
Jill V. Perales
Fraser, Stryker, Vaughn, et al
500 Energy Plaza
409 S. 17th St.
Omaha, Nebraska  68102

~~Atty for Kravco Co./ Prussia Assoc.~~
~~David L. Pollack~~
~~Jeffrey Meyers~~
~~Bell Atlantic Tower~~
~~1717 Arch St., 37th Fl.~~
~~Philadelphia, PA  19103~~

Willard M. Reisz, Esq.
10880 Wilshire Blvd., #2240
Los Angeles, CA 90024-4123

Atty for PAC Trust Creditor
Patricia J. Rynn
R. Jason Read
Rynn & Janowsky
4100 Newport Place Dr., #700
Newport Beach, CA 92660

Atty for Hardee's Food
Mark Schadrack
Grant & Laubscher
2030 Main St., #1600
Irvine, CA  92714

Atty for Centereach Mall Assoc.
Robert P. Schulman
Law Offices of Robert P. Schulman
3333 New Hyde Park Rd.
P. O. Box 5020
New Hyde Park, NY 11042-0020

~~Suffolk County Atty's Office~~
~~Bldg. 158, North County Complex~~
~~Veterans Memorial Highway~~
~~Hauppauge, NY  11788~~
~~Attn:  Janice Whelan Shea, Esq. and~~
~~        Robert J. Cimino, Esq.~~

Atty for McAthco Enter., Inc. &
Michael Lonegan Trust
Leonard M. Shulman
James C. Bastian, Jr./Thomas J. Polis
Marshack & Goe
Six Hutton Centre Dr., #900
Santa Ana, CA 92707

~~Fujita Property Mgmt.~~
~~Attn:  Ken Snotsys~~
~~3000 Corporate Pointe, Ste. 301~~
~~Culver City, CA  90230~~

~~Atty for Gilbert & Nancy Parke~~
~~Jacob J. Stettin~~
~~Stettin & Gage~~
~~3055 Wilshire Blvd., #900~~
~~Los Angeles, CA 90010-1164~~

~~Atty for Douglas Family Trust~~
~~Sharon L. Stoltz~~
~~6000 College Blvd., #940~~
~~P.O. Box 7933~~
~~Overland Park, KS  66207~~

Atty for Sysco Food Services & Allied-
Sysco Food Services
Craig A. Switzer
Hemar, Rousso & Garwacki
15910 Ventura Blvd., #1201
Encino, CA  91436-2829

Creditor
Neset Tolu - In Pro Per
1075 Macadamia Drive
Hillsborough, CA  94010

~~Atty to Dailey & Assoc.~~
~~David A. Weinstein Esq.~~
~~Weinstein & Eisen~~
~~1925 Century Park East, Suite 1150~~
~~Los Angeles, CA  90067~~

~~Atty for Bell Atlantic~~
~~William Douglas White~~
~~Lepon McCarthy White & Holsworth~~
~~1225 19th St., N.W. #600~~
~~Washington, DC  20036~~

~~Atty for Sunbelt Investment Prop.~~
~~Chad P. Pugatch, P.A.~~
~~Northmark Bldg., #101~~
~~33 Northeast 2nd St.~~
~~Ft. Lauderdale, FL  33301~~

~~Atty for Ginos Associates~~
~~Guinn, Marantie & Rosenberg, LLP~~
~~Michael Rosenberg~~
~~1 Barker Ave.~~
~~White Plains, NY  10601-1509~~

Atty for Rose Mary Henson
Jeffrey M. Weiner, Esq.
1332 King St.
Wilmington, DE  19801

~~Atty for Queens Office Tower~~
~~Anthony R. Mordente~~
~~Mordente, Golfinopoulos & Pennisi,~~
~~P.C.~~
~~120-10 Queens Blvd.~~
~~Kew Gardens, NY  11415-1204~~

~~Atty for Lone Star Steakhouse & Saloon~~
~~Marc G. Cohen~~
~~Michael H. Scholtz~~
~~Greenberg Glucker Fields, et al~~
~~1900 Ave. of the STars, #2100~~
~~Los Angeles, CA 90067-4590~~

Atty for L.S.W., Ltd., Creditor
L.S.W., Ltd.
c/o Ronald K. Brown, Jr.
Good, Wildman, Hegness & Walley
5000 Campus Drive
Newport Beach, CA  92660

~~Atty for Florin Assoc.~~
~~Vincent M. Cescino~~
~~Michael S. Greger~~
~~Allen, Matkins, Leck, et al~~
~~18400 Von Karman, 4th Fl.~~
~~Irvine, Ca  92612~~

Atty for Pepsicola Company
Gregory M. Gordon
Jones, Day, Reavis & Pogue
2300 Trammell Crow Center
2001 Ross Ave.
Dallas, TX  75201

~~Pepsicola Company~~
~~Attn:  Ned Segal~~
~~1100 Reynolds Blvd.~~
~~Winston-Salem, NC  27102~~

Atty for Hartman, Wilno, Groop
Mason, Griffin & Pierson, P.C.
101 Poor Farm Rd.
P.O. Box 391
Princeton, NJ  08542
Attn:  Donald B. Veix, Jr.

~~Attorney for Sezna Family Trust~~
Francis A. Monaco, Jr.
Joseph J. Bodnar
400 Commerce Center
1201 Orange Street
Wilmington, DE 19804

~~Atty for Bel Air Square Joint Venture~~
~~Irving E. Walker~~
~~Linda V. Donhauser~~
~~Miles & Stockbridge, P.C.~~
~~10 Light St.~~
~~Baltimore, MD   21202~~

Mr. Myron Lieberman
Woodcrest School
6043 Tampa Ave.
Tarzana, Ca  91356

Atty for John Gogian
Steven B. Lever
Law Offices of Steven B. Lever
One World Trade Center, #1600
Long Beach, CA 90831-1600

Atty for Sam G. Doukas & George
Pallis
James A. Hayes, Jr.
28202 Cabot Rd., #300
Laguna Niguel, CA  92677

Atty for McDonald's Corp.
Roland L. Coleman, Jr.
Wilson, Elser, Moskowitz, et al
1055 W. Seventh St., #2700
Los Angeles, Ca 90017

~~Atty for Rosalie Barger~~
~~Steven T. Nelson~~
~~Eric K. Taylor~~
~~Alverson, Taylor, et al~~
~~3821 W. Charleston Blvd.~~
~~Las Vegas, NV   89102~~

~~Atty for Bel Air Beltway~~
~~Lesley Anne Hawes~~
~~Craig A. Welin~~
~~Frandzel & Chase~~
~~6500 Wilshire Blvd., 17th Fl.~~
~~Los Angeles, CA 90048-4920~~

~~Joseph G. Figini, Esq.~~
~~Marriott International, Inc.~~
~~Corp. Headquarters~~
~~Marriott Drive~~
~~Washington, DC   20058~~

~~Atty for Marta Keller~~
~~Michael A. Barth, Esq.~~
~~Michael A. Barth~~
~~31 Malaga Cove Plaza~~
~~Palos Verdes Estates, CA  90274~~

~~Atty for SERC Assoc.~~
~~C/O Rosenblum Assoc.~~
~~401 West A Street, #1200~~
~~San Diego, CA  92101~~

Atty for Robert Brown
Hayward, Parker & O'Leary
Michael O'Leary
225 Dolson Ave., #301
P.O. Box 929
Middleton, NY 10940

~~Attys for Francaville & Sons~~
~~Joseph C. Pecora~~
~~McGlynn, Reed, Hense & Pecora~~
~~375 Bloomfield Ave.~~
~~Montclair, NJ   07042~~

Atty for Missouri Dept. of Revenue
Laura A. Storck-Elam
Special Assistant Atty. General
Missouri Dept. of Revenue
General Counsel's Office
301 W. High St., Rm  670
Jefferson City, MO  65105-0475

~~Attys for Riverside Partners and~~
~~JMB/Hahn, POPC~~
~~Ernie Zachary Park~~
~~Bewley, Lassleben & Miller~~
~~13535 E. Penn St., #510~~
~~Whittier, CA  90602-1797~~

~~Atty for McDonald's Corp.~~
~~David L. Tilem~~
~~Wilson, Elser, et al~~
~~625 Westchester Ave.~~
~~White Plains, NY  10604-3527~~

Atty for Vylene Enterprises, Inc.
Phillip K. Fife, Esq.
12535 Seal Beach Blvd., #215
Seal Beach, CA 90740

~~Atty for Village Square I Ltd Ptnhp.~~
~~Earl E. Berg~~
~~Murphy & Posner~~
~~300 Biltmore Commerce Center~~
~~3200 E. Camelback Rd.~~
~~Phoenix, AZ   85016~~

Atty for Kimco
Paul M.Brent
Steinberg, Nutter & Brent
501 Colorado Ave., #300
Santa Monica, CA  90403

Atty for Oklahoma County
Gretchen Crawford
Assn't District Atty
Oklahoma County Treasurer
320 Robert S. Kerr, Room 307
Oklahoma, OK  73102

County of Merced
2222 "M" Street
Merced, CA  95340
Attn:  Debbie

State of Florida Dept. of
Environmental Protection
3900 Commonwealth Blvd., MS 35
Tallahassee, FL  32399-3000

Atty for Richard Giugliano
Richard Giugliano
c/o Leonard D. Black
Law Offices of Leonard D. Black
16311 Ventura Blvd., #1260
Encino, Ca  91436

Atty for Sam G. Doukas & George
Pallis
Thomas G. Styskal
Kinely and Styskal
2600 Walnut, Suite E
Tustin, CA  92680

Metropolitan Entertainment Inc.
J.M. Bowman
4812 Lakeview Canyon Road
Westlake Village, CA 91361

~~Atty for Purr's/Bishop's et~~
~~Howard F. Kline~~
~~Fred Timothy Winters~~
~~Berger, Kahn, Shafton, et al~~
~~2 Park Plaza, #650~~
~~Irvine, CA   92614~~

Atty for Bel Air Beltway
Miles & Stockbridge P.C.
Irving E. Walker
Linda V. Donhauser
10 Light St.
Baltimore, MD 21202

Atty for Marriott Int'l
David W. Levene
Levene, Neale & Bender L.L.P.
1801 Ave, of the Stars #1120
Los Angeles, CA 90067

Managing Agent for Lewis Properties
Win Properties, Inc.
Bryant Young
66 Field Point Rd.
Greenwich, CT  06830

~~Mr. John T. Bright, President~~
~~Oppenheimer & Co., Inc.~~
~~Oppenheimer Tower~~
~~World Financial Center~~
~~New York, NY   10281~~

Marvin A. Gordon
Dettelbach, Sicherman & Baumgart
1100 Ohio Savings Plaza
1801 East 9th Street
Cleveland, OH 44114-3169

Brinton, Gill, Diamond & Kollitz, LLP
10866 Wilshire Blvd. East
Suite 1900
Los Angeles, CA 90067-3005

Deputy Attorney General
State of Nevada
Office of the Attorney General
Capitol Complex
Carson City, NV 89710

Atty for John M. Creed
Steven N. Blau
Buckley, Greenberg, et al
450 Union Bank Tower
21515 Hawthorne Blvd.
Torrance, CA 90503

Atty for The Kennedy Company, et al
Mark T. Flewelling, Esq.
Walker, Wright, Tyler & Ward
626 Wilshire Blvd., #900
Los Angeles, CA 90017

Atty for Debt Acquisition
DACA
Attn: Nathan E. Jones, Esq.
2120 W. Washington St
San Diego, Ca 92110

Jeffrey E. Johnson
1600 Walters Mill Road
Rt. CV-0543
Somerset, PA 15510-9995

Atty for Darryl & Jean Waits
Darryl & Jean Waits
c/o Michael T. O'Halloran
Law Offices of Michael T. O'Halloran
225 Broadway, #325
San Diego, CA 92101

Christine & Christopher Waits
12058 Gay Rio Way
Lakeside, CA 92040

Atty for Katrina Oder
Kenneth W. Chamlin
Chamlin, Rosen, Cavanagh & Uliano
268 Norwood Ave.
W. Long Branch, NJ 07764

Atty for Washington Real Estate
Invest. Trust
Marc J. Winthrop
Dorit Goossens
Winthrop Couchot
3 Civic Plaza, #280
Newport Beach, CA 92660

Atty for Halina Douglas
Thomas M. Burton
5820 Stoneridge Mall Rd., #100
Pleasanton, Ca 94588

Atty for Richard M. Hairopoulos
Law office of Christopher W. Steward
3990 Old Town Ave., #205A
San Diego, CA 92110

Atty for Frank W. Dives
David W. O'Connor
Young, Conaway, et al
11th Fl., Rodney Square North
P. O. Box 391
Wilmington, DE 19899-0391

Atty for City of Dallas/DISD
Elizabeth Weller
Edward Lopez, Jr.
1720 Allianz Financial Centre
2323 Bryan St.
Dallas, TX 75201

Reid A. Cocalis
Conrad, Sherer & Jenne
P O Box 14723
Ft. Lauderdale, FL 33302

David Sparge
Huntley Financial
1555 River Park Dr., #306
Sacramento, CA 95815

Atty for State of Washington
Donivan R. Irby
Atty General of Washington
Bankruptcy & Collections Unit
900 Fourth Ave., #2000
Seattle, WA 98164-1012y

Atty for Kieffer & Co., Inc.
Janet A. Shapiro
Law Offices of Janet A. Shapiro
Gale - Wilshire Bldg.
313 S. Gale Drive
Beverly Hills, CA 90211

Sharon L. Cohen, Esq.
Skadden, Arps, Slate, Meagher & Flom
300 South Grand Avenue
Suite 3400
Los Angeles, CA 90071

Atty for Robert & Marjorie Minshew
Mae D. Comstock
Garrett, Hemann, et al
1011 Commercial St., N.E.
P.O. Box 749
Salem, OR 97308-0749

Atty for IDS Life Ins. Co.
Charles D. Schoor
Hughes Hubbard & Reed LLP
350 S. Grand Ave., 36th FL
Los Angeles, CA 90071-3442

Atty for Wiltshires
Robert M. Damis
Robert M. Damis, A Prof. Corp.
One Post Street, #575
San Francisco, CA 94104

Shaun Wiltshire
PO Box 4335
San Rafael, CA 94913

Atty for Air Conditioning Co., Inc.
Eric C. Smith
Hunt, Ortman, Blasco, et al
301 N. Lake Ave., 7th Fl.
Pasadena, Ca 91101-1807

Atty for Ana Gomez
Carl D. Barnes, Esq.
3550 Wilshire Blvd., #1640
Los Angeles, CA 90010-2475

Atty for Christine McKeithan
Russo & Galgano, Esq.
Atty for Creditor
Christine McKeithan
56 Greenridge Ave.
P.O. Box 58
White Plains, NY 10605

Atty for De La Plaza Partners
Mara H. Gorman, Esq.
Jones, Kaufman & Ackerman 10960
Wilshire Boulevard
Suite 1335
Los Angeles, CA 90024

Atty for PC Development II
Philip G. Mitchell, Esq.
O'Connor, Cavanaugh, Anderson, et al.
One East Camelback Road, Suite 1100
Phoenix, AZ 85012-1656

Atty for Steve & Ekaterini Tocheridis
Kevin L. Cherry
Cherry & Holthouse LLP
610 Newport Center Dr., #1200
Newport Beach, CA 92660

~~Atty for Pacific Mutual~~
~~Jeffrey N. Gay-Esq.~~
~~Pacific Mutual Life Ins. Co.~~
~~700 Newport Center Drive~~
~~Newport Beach, CA 92660~~

~~Atty for Executive Life Ins.~~
~~Wakefield Corp et~~
~~Marsha A. Woysaw~~
Marsha A. Woysaw
Katten Muchin & Zavis
1999 Ave. of the Stars, #1400
Los Angeles, CA 90067-6042

Metro Dade Bankruptcy Unit
Metro Dade County
111 N.W. First St., 26th Fl
Miami, FL  33128

Atty for S & J Enterprises
Ashleigh A. Danker
Weiss, Scolney, Spees, et al
1875 Century Park E.  #800
Los Angeles, Ca 90067

Atty for Michael Braun
Herbert D. Sturman, Esq.
Allan S. Williams, Esq.
Fierstein & Sturman
1875 Century Park East
Fifteenth Floor
Los Angeles, CA 90067-2531

Atty for Claimant Millard Hesketh
Alan S. Yee
Siegel & Yee
499  14th St., #220
Oakland, CA  94612

Atty for Mr. & Mrs. Waits
Michael T. O'Halloran
Cheryl L. Stengel
Law Officesof Michael T. O'Halloran
225 Broadway, #325
San Diego, CA  92101

~~Barbara M. Cook, County Solicitator~~
~~Kathern I. Taylor~~
~~Howard County Office of Law~~
~~George Howard Bldg.~~
~~3430 Courthouse Dr.~~
~~Ellicott City, MD  21043~~

Creditors Bureau of California
P.O. Box 942
Fresno, Ca  93714
Attn:  Jeanne Fadness

~~Atty for Finova Capital Corp.~~
~~Ted A. Calfan~~
~~Suchman, Calfin & Paseen, LLP~~
~~1801 Von Karman Ave., #1400~~
~~Irvine, CA  92612-1043~~

~~Atty for Financial Advisor to Equity~~
~~Committee~~
~~Seymour Preston Jr.~~
~~Geldin Assoc., LLC~~
~~767 Fifth Ave., 38th Fl.~~
~~New York, NY  10153~~

Mike Hirschhorn
7456 Spencer St.
Las Vegas, NV  89123

Karen M. Crabtree, Esq.
Gordon, Feinblatt, Rothman,
    Hoffberger & Hollander, LLC
233 East Redwood Street
Baltimore, MD 21202

E.J. Plesko & Associates
2140 Professional Dr., #200
Roseville, CA 95661

Atty for City of Dallas/DISD
Elizabeth Weller
1720 Allianz Financial Centre
2323 Bryan St.
Dallas, TX  75201

Massachusetts Mutual Life Insurance
c/o Lawrence Peitzman
John P. Sharkey
Orrick, Herrington & Sutcliffe LLP
777 South Figueroa Street, #3200
Los Angeles, CA 90017-5832

Ira J. Seaver
2407 Ping Drive
Henderson, NV 89014

~~Atty for RLP Enterprises~~
~~Joanne Bernhard~~
~~Law Offices of Joanne Bernhard~~
~~3631 K Street~~
~~Sacramento, CA 95816~~

~~Atty for Judy Schneider~~
~~Goldston & Covar, P.C.~~
~~1800 Bellmore Ave.~~
~~Bellmore, NY  11710~~

~~Atty for Safeway~~
~~Leslie A. Cohen, Esq.~~
~~Robinson, Diamant, Brill & Klausner~~
~~1888 Century Park East~~
~~Suite 1500~~
~~Los Angeles, CA 90067~~

Jerome P. Harrison, Esq.
Safeway, Inc.
5918 Stoneridge Mall Road
Pleasanton, CA 94588

Atty for Ecolab Inc.
Matthew P. Gerdisch
Kohner, Mann & Kailas, SC.
1572 E. Capitol Drive
Milwaukee, WI  53211-0982

Edward G. Schloss Law Corporation
2566 Overland Ave., #590
Los Angeles, Ca 90064

~~Pepsi Cola Co.~~
~~3501 Algonquin Rd.~~
~~Rolling Meadows, IL  60008~~

Kathleen T. Malloy
Senior Legal Assistant
Host Marriot Corporation
10400 Fernwood Road
Bethesda, MD 20817-1109

~~Gerald M. Siegel~~
~~Fujita Corporation USA~~
~~PO Box 1651~~
~~Santa Monica, CA  90406~~

~~Atty for Puitts Corp. USA~~
~~Harriet S. Deanes~~
~~Russell A. McClain~~
~~Chadden, Arps, Slate, et al~~
~~300 S. Grand Ave., #3400~~
~~Los Angeles, CA 90071~~

~~Atty for Eleanor Perry~~
~~William H. Bishop~~
~~Chaeffer, Dorfman, Bishop & Lazaroff~~
~~1617 John F. Kennedy Blvd., #1160~~
~~Philadelphia, PA  19103~~

Barry Lurie
Danning, Gill, Diamond & Kollitz, LLP
2029 Century Park E., #1900
Los Angeles, CA 90067-3005

Atty for Mary Santiago
Stephan Birgel
Medearis and Grimm
1331 Sunset Blvd.
Los Angeles, CA  90026

~~Samuel G. Rau~~
~~1801 Jessie Ave.~~
~~Long Beach, CA   90815-3433~~

~~Laxton Insurance Brokers, Inc.~~
~~7901 Figueroa~~
Los Angeles, CA   90017

~~Green Walker Burnett and R Krause~~
~~A Professional Corp.~~
~~Case Knowlton Burnett & Wright LLP~~
~~2040 Century Park East, Suite 2350~~
~~Los Angeles, CA   90067~~

Atty for Kmart Corporation
Michael C. Hammer
Dickinson, Wright, Moon,
Van Dusen & Freeman
500 Woodward Ave., #4000
Detroit, MI   48226-3425

Atty for Thomas Holloman
David J. Workman
21515 Hawthorne Blvd., #1290
Torrance, CA   90503

Atty for Richard Klein
Barry S. Gedan
3429 Jerome Ave.
Bronx, NY   10467

Atty for Ellinger
Ms. Kathryn Marquart
FidelitySecurity Life Insurance Co.
3130 Broadway
Kansas City, MO   64141-9131

Atty for NDA Enterprises, Inc.
Michael G. Spector
Adrienne D. Cohen
Spector & Cohen LLP
2677 N. Main ST., #870
Santa Ana, CA   92705

Atty for National Media Mail, Inc.
Richard L. Barnett
BARNETT & RUBIN
A Professional Corporation
2 Park Plaza, Suite 980
Irvine, CA 92614

Atty for Tri-City Crossroads
Jennifer M. Kelly
Hilding Kipnis Lyon & Kelly
8910 University Center Lane, #500
San Diego, Ca   92122-1085

Anthony J. Rothman, Esq.
Law Offices of Anthony Rothman
12301 Wilshire Boulevard, Ste. 414
Los Angeles, CA 90025

Atty for Latoya McCollum
Rosemarie Arnold
1386 Palisades Avenue
Fort Lee, NJ   07024

Patrick Lauder
Freehill Hollingdale & Page
level 38, The MLC Centre
19-29 Martin Place
Sydney, New South Wales 2000
Australia

~~Atty for The Prudential Ins. Co.~~
~~Susan M. Freeman~~
~~Lewis and Roca LLP~~
~~40 North Central~~
~~Phoenix, AZ   85004-4429~~

~~Atty for Bonnie Larson~~
~~Jeffery D. Coote~~
~~550 West "B" Street, #330~~
~~San Diego, CA   92101-3537~~

Cook County Treasurer
118 N. Clark St.
Room 212- Legal Dept.
Chicago, IL   60602
Attn:  Larry Herod

NOTE TO USERS OF THIS FORM:
*Physically attach* this form as the last page of the proposed *Order or Judgment.*
*Do **not** file this form as a separate document.*

| In re (SHORT TITLE) | CHAPTER 11 CASE NUMBER: |
|---|---|
| **SIZZLER RESTAURANTS INTERNATIONAL, INC., et al.,** Debtor. | **SV 96-16075-AG** |

## NOTICE OF ENTRY OF JUDGMENT OR ORDER
## AND CERTIFICATE OF MAILING

TO ALL PARTIES IN INTEREST ON THE ATTACHED SERVICE LIST:

1.     You are hereby notified, pursuant to Local Bankruptcy Rule 9021-1(1)(a)(v), that a judgment or order entitled *(specify):*

**ORDER GRANTING MOTION OF REORGANIZED DEBTOR, SIZZLER INTERNATIONAL, INC., FOR FINAL DECREE AND TO CLOSE CHAPTER 11 CASE**

was entered on *(specify date):*  DEC 2 9 1998

2.     I hereby certify that I mailed a copy of this notice and a true copy of the order or judgment to the persons on the attached service list on (specify date): DEC 2 9 1998

Dated:  DEC 2 9 1998

**JON D. CERETTO**
**Clerk of the Bankruptcy Court**

By: _____
        Deputy Clerk

Rachelle S. Visconte, Esq.
Pachulski, Stang, Ziehl & Young P.C.
10100 Santa Monica Blvd., Suite 1100
Los Angeles, CA  90067